1044

[No. 64965-5-I. Division One. June 28, 2010.]

KIMBERLY A. COGGER, *Respondent*, v. SANDERS S. BLAKENEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-12810-4, Bryan E. Chushcoff, J., entered December 31, 2008. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Lau, JJ.

[No. 39384-1-II. Division Two. June 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RHONDA D. DAVIDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01843-1, Roger A. Bennett, J., entered May 22, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39494-4-II. Division Two. June 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JONATHAN LOBE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02045-6, Carol Murphy, J., entered June 3, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Hunt, J.